1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUX INTERNATIONAL CORPORATION, a California corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>MOSINEE PAPER CORPORATION, a Wisconsin corporation; and WAUSAU PAPER CORP., a Wisconsin corporation,<br><br>                    Defendants. | CASE NO.        3:06-CV-00531-PJH<br><br>**STIPULATION AND (~~Proposed~~) ORDER SELECTING ADR PROCESS** |
| AND RELATED COUNTERCLAIM | |

        Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

        **Private Process:**

                Private ADR:  Non-binding mediation through JAMS mediation services.

        The parties agree to hold the ADR session by:

                July 1, 2006.


DATED:  April 6, 2006                    JEFFER, MANGELS, BUTLER & MARMARO LLP
                                         ROBERT B. KAPLAN
                                         MATTHEW S. KENEFICK



                                         By: /s/ Robert B. Kaplan
                                         _____
                                                ROBERT B. KAPLAN
                                         Attorneys for Plaintiff and Counterdefendant LUX
                                         INTERNATIONAL CORPORATION doing business
                                         as LUXCO WAX

PRINTED ON

RECYCLED PAPER

486974v2

3:06-CV-00531
STIPULATION AND (Proposed) ORDER
SELECTING ADR PROCESS

1  DATED:  April 6, 2006                    RUDER WARE, L.L.S.C.
                                            JAMES F. HARRINGTON
2                                           MARY SUE ANDERSON

3                                           By: /s/ James F. Harrington
                                                    JAMES F. HARRINGTON
4                                           Attorneys for Defendant Wausau Paper Corporation
                                            and Defendant and Counterclaimant Mosinee Paper
5                                           Corporation

6                                           and

7                                           HANSON, BRIDGETT, MARCUS, VLAHOS &
                                            RUDY, LLP
8                                           BATYA F. SWENSON
                                            Attorneys for Defendant Wausau Paper Corporation
9                                           and Defendant and Counterclaimant Mosinee Paper
                                            Corporation

10

11  **(Proposed) ORDER**

12          Pursuant to the Stipulation above, the captioned matter is hereby referred to:

13          £.      Non-Binding Arbitration

14          £.      Early Neutral Evaluation

15          £.      Mediation

16          S       Private ADR

17          Deadline for ADR session

18          £.      90 days from the date of this order.

19          S       other   July 1, 2006

20

21  IT IS SO ORDERED.

22

23  DATED:  4/7/06

24                                          UNITED STA...                    ...DGE

25

26

27

28

486974v2                                    3:06-CV-00531
                                            STIPULATION AND (Proposed) ORDER
                                            SELECTING ADR PROCESS

PRINTED ON
RECYCLED PAPER