ROBERT B. KAPLAN (SBN: 76950), rbk@jmbm.com
MATTHEW S. KENEFICK (SBN: 227298), msk@jmbm.com
JEFFER, MANGELS, BUTLER & MARMARO LLP
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Plaintiff and Counterdefendant
LUX INTERNATIONAL CORPORATION
dba LUXCO WAX

JOHN F. HUGHES (SBN: 111638), jhughes@gordonrees.com
CHUNG S. POON (SBN: 191306), cpoon@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Counterdefendant
LUX INTERNATIONAL CORPORATION
dba LUXCO WAX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUX INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOSINEE PAPER CORPORATION, a Wisconsin corporation; and WAUSAU PAPER CORP., a Wisconsin corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. 06-CV-0531-PJH<br><br>**STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between Plaintiff and Counter-Defendant Lux International Corporation ("Lux") and Defendants and Counter-Claimants Mosinee Paper Corporation and Wausau Paper Corp. (collectively "Wausau"), by and through their respective counsel, that the parties have settled their disputes and the issues before this Court in the above-

-1-

STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL

506007 v2

1 | referenced action pursuant to the terms of a confidential settlement agreement entered into
2 | between the parties ("Settlement Agreement").
3 |     IT IS HEREBY FURTHER STIPULATED by and between Lux and Wausau, through
4 | their designated counsel, and pursuant to the terms of the Settlement Agreement, that:

    1.    Lux's Complaint and Wausau's Counter-Claim be dismissed with prejudice by order of this Court pursuant to Federal Rule of Civil Procedure 41, with each party bearing its own costs and attorneys' fees; and

    2.    The parties agree that this Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement.

Dated: August 31, 2006

JEFFER, MANGELS, BUTLER & MARMARO LLP

By: _____
ROBERT B. KAPLAN
Attorneys for LUX INTERNATIONAL CORPORATION

Dated: Sept 6, 2006

GORDON & REES LLP

By: _____
JOHN F. HUGHES
Attorneys for LUX INTERNATIONAL CORPORATION

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-
STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL

506007 v2

Dated: August 25, 2006

RUDER WARE, LLSC

By: _____
JAMES HARRINGTON
Attorneys for WAUSAU PAPER CORP. and MOSINEE PAPER CORPORATION

Dated: August 31, 2006

HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY LLP

By: _____
BATYA SWENSON
Attorneys for WAUSAU PAPER CORP. and MOSINEE PAPER CORPORATION

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Lux's Complaint and Wausau's Counter-Claim are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement.

Dated: September 11, 2006

THE HONORABLE PHYLLIS J. HAMILTON

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

# CERTIFICATE OF SERVICE

*Lux International Corp. v. Mosinee/Wausau (And Related Cross-Actions)*
USDC, Northern District of California Case No.: 3:06-CV-00531-PJH

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Embarcadero Center West, 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the date set forth below, I served the within documents:

**STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL**

☐ by transmitting **by facsimile** the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in **United States mail** in the State of California at San Francisco, addressed as set forth below.

☐ by **causing to be personally delivered** the document(s) listed above to the person(s) at the address(es) set forth below.

**SEE ATTACHED SERVICE LIST**

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on September 8, 2006, at San Francisco, California.

_____
Tracy M. Herrington

---

PROOF OF SERVICE

**SERVICE LIST**
*Lux International Corp. v. Mosinee/Wausau (And Related Cross-Actions)*
USDC, Northern District of California Case No.: 3:06-CV-00531-PJH

| | |
|---|---|
| Robert S. Kaplan, Esq.<br>Matthew S. Kenefick, Esq.<br>JEFFER, MANGELS, BUTLER & MARMARO LLP<br>Two Embarcadero Center, 5th Floor<br>San Francisco, CA 94111 | Attorneys for Plaintiff/Cross-Defendant:<br>LUX INTERNATIONAL CORPORATION dba LUXCO WAX<br><br>TEL: 415-984-9677<br>FAX: 888-430-5785<br>EM:<br>EM: mkenefick@jmbm.com |
| Batya F. Swenson, Esq.<br>HANSON BRIDGETT MARCUS VLAHOS & RUDY LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105 | Co-Counsel for Defendants<br>MOSINEE PAPER CORPORATION and WAUSAU PAPER CORPORATION<br><br>TEL: 415-777-3200<br>FAX: 415-541-9366<br>EM: bswenson@hansonbridgett.com |
| James F. Harrington, Esq.<br>Mary Sue Anderson, Esq.<br>RUDER WARE<br>500 Third Street, Suite 700<br>P.O. Box 8050<br>Wausau, WI 54402-8050 | Attorneys for Defendants<br>MOSINEE PAPER CORPORATION and WAUSAU PAPER CORPORATION<br><br>TEL: 715-845-4336<br>FAX: 715-845-2718<br>EM: jharrington@ruderware.com<br>EM: |

PROOF OF SERVICE